Opinion issued April 21, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00917-CV

———————————

IN RE Christian Miles Becker, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          Relator,
Christian Miles Becker, has filed a petition for writ of mandamus challenging several
of the trial court’s orders in the underlying suit to modify the parent-child
relationship between relator and his daughter. 
The challenged orders include temporary orders modifying relator’s
possession of and access to his child, an order denying his special appearance
and plea to the jurisdiction, and an order denying his motion for
reconsideration.[1]  We dismiss relator’s petition for writ of
mandamus as moot.

          The subject
orders were signed by the Honorable Georgia Dempster, who no longer presides
over the 308th District Court, and the Honorable James Lombardino now presides
over the 308th District Court.  Pursuant
to relator’s request, we abated this mandamus proceeding in order to allow
Judge Lombardino to reconsider Judge Dempster’s rulings.  See Tex. R. App. P. 7.2(b) (“If the case is
an original proceeding under Rule 52, the court must abate the proceeding to
allow the successor to reconsider the original party’s decision.”).  Judge Lombardino has since vacated all orders
issued in the underlying suit and dismissed it for want of jurisdiction.  Because the underlying suit has been
dismissed and the subject orders are no longer in effect, the issues raised in
the petition are moot.  See In re Campbell, 106 S.W.3d 788, 788
(Tex. App.—Texarkana 2003, orig. proceeding).

          Accordingly,
we reinstate the mandamus proceeding and dismiss relator’s petition as
moot.  We also dismiss all outstanding
motions as moot and vacate our order granting relator temporary relief.    

PER CURIAM

Panel
consists of Justices Jennings, Higley, and Brown.











[1]
          The underlying case is styled In the Interest of E.L.B., Minor Child, No.
2010-28443 in the 308th District Court of Harris County, Texas, the Honorable
James Lombardino presiding.